IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3067 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| MARK A. SKODA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) Defendant's motion for leave to file a motion to suppress out of time, (filing no. 36), is granted.

2) Defendant's pretrial motions shall be filed on or before October 12, 2011.

3) Based on the showing in the defendant's motion, the ends of justice served by granting defendant's motion for leave to file a motion to suppress out of time outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of granting the motion, the time between today and October 12, 2011, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 6th day of October, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge