IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:11CR3067 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MARK A. SKODA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Magistrate Judge Zwart's findings and recommendation. (Filing 51.) The defendant has filed a statement of objections (filing 53) pursuant to NECrimR 59.2 and 28 U.S.C. § 636(b)(1). The magistrate recommends that the defendant's motion to suppress be denied.

I have conducted a de novo review of the record. I find that inasmuch as the magistrate judge has fully, carefully, and correctly found the facts and applied the law, the magistrate judge's findings and recommendation should be adopted and the defendant's motion to suppress should be denied.

Accordingly,

IT IS ORDERED that:

1. The magistrate judge's findings and recommendation (filing 51) are adopted.

2. The defendant's statement of objections (filing 53) is denied.

3. The defendant's motion to suppress (filing 38) is denied.

DATED this 6th day of December, 2011.

              BY THE COURT:

              *Richard G. Kopf*
              Senior United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.